STATE v. TAYLOR

No. 170 PC.

Case below: 14 N.C. App. 703.

Petition for writ of certiorari to North Carolina Court of Appeals denied 31 August 1972.

STATE v. THOMAS

No. 195 PC.

Case below: 15 N.C. App. 289.

Petition for writ of certiorari to North Carolina Court of Appeals denied 31 August 1972.

STATE v. WESTRY

No. 157 PC.

Case below: 15 N.C. App. 1.

Petition for writ of certiorari to North Carolina Court of Appeals denied 31 August 1972.

STATE v. WOOTEN

No. 35.

Case below: 15 N.C. App. 193.

Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 31 August 1972.

THOMPSON v. COBLE

No. 165 PC.

Case below: 15 N.C. App. 231.

Petition for writ of certiorari to North Carolina Court of Appeals denied 31 August 1972.